



## MEMORANDUM OPINION

No. 04-11-00574-CV

ChamPale **ADAMS**,
Appellant

v.

Richard **TAUIZON**,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 370658
Honorable Walden Shelton, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
           Sandee Bryan Marion, Justice
           Phylis J. Speedlin, Justice

Delivered and Filed: March 14, 2012

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due on January 30, 2012. Neither the brief nor a motion for extension of time was filed. We, therefore, ordered Appellant ChamPale Adams to file, on or before February 27, 2012, appellant's brief and a written response reasonably explaining (1) the failure to timely file the brief and (2) why appellee was not significantly injured by the failure to timely file a brief. We warned that if Appellant ChamPale Adams failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See*

TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order). Appellant ChamPale Adams has failed to respond to our order. Therefore, we dismiss this appeal for want of prosecution. Costs of appeal are taxed against Appellant ChamPale Adams.

PER CURIAM